**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1234**

In re:  RAYMOND EDWARD CHESTNUT, a/k/a Snoop, a/k/a Ray,

Petitioner.

On Petition for Writ of Mandamus.  (4:05-cr-01044-RBH-1)

Submitted:  August 19, 2021                                      Decided:  August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Raymond Edward Chestnut, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for reconsideration of the district court's order granting in part and denying in part Chestnut's "Amended Motion for Re-Sentencing Under First Step Act of 2018." He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed the motion for reconsideration on March 4, 2021. Accordingly, because the district court has recently ruled on Chestnut's motion for reconsideration, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*